IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **DARVIN CARSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:13-cv-00363 |
| | § | |
| **I.T.S. ACADEMY, INC.,** | § | |
| | § | |
| Defendant. | § | |

### ORDER ON AGREED MOTION TO DISMISS

**ON THIS DAY** came on to be heard the Agreed Motion to Dismiss (Dkt. 9) filed by Plaintiff Darvin Carson, and Defendant I.T.S. Academy, Inc., in the above entitled and numbered cause, requesting dismissal of all claims and causes of action asserted in the above-styled and numbered cause pursuant to Fed R. Civ. P 41.  The motion is GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that all claims and causes of action asserted herein by all parties are hereby dismissed with prejudice and that all costs of suit as to each claim and cause of action asserted herein are taxed against the party incurring the same.  The case is closed on the Court's docket.

   **SO ORDERED.**

   **SIGNED** this 16th day of June, 2014.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE